SAO
STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
GARNET E. BEAL, ESQ.
Nevada Bar No.: 12693
DIMOPOULOS INJURY LAW
6830 S. Rainbow Blvd., Suite 200
Las Vegas, NV 89118
O: (702) 800-6000
F: (702) 224-2114
gb@stevedimopoulos.com
*Attorneys for Plaintiff,*
*Craig Brown*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG BROWN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, dba THE HARTFORD; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00204-JAD-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 9 |

The parties hereto, by and through their counsel of record, hereby stipulate, pursuant to FRCP 41, that the above referenced action brought by Craig Brown against Defendant Hartford Insurance Company of the Midwest, dba The Hartford ("Defendants"), is hereby **DISMISSED WITH PREJUDICE**. Plaintiff Craig Brown and Defendants have settled this matter and are to bear their own costs, fees, and expenses.

. . .

. . .

. . .

. . .

Page 1

IT IS SO STIPULATED.

DATED this 10 day of April, 2019.

/s/ Acu Beal
Garnet E. Beal, Esq.
Dimopoulos Injury Law
6830 S. Rainbow Blvd, Suite 200
Las Vegas, NV 89118
Attorney for Plaintiff,
Craig Brown

DATED this 10th day of April, 2019.

/s/ Scott Lachman

Scott R. Lachman, Esq.
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Attorney for Defendant,
Hartford Insurance Company of the Midwest

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 17, 2019